**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**LULU WU,**

5525 98TH PLACE, 6A, Corona, NY 11368

Plaintiff,

vs.

**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES**

**111 Massachusetts** Ave.**, NW**
**MS 2260**
**Washington, DC 20529-2260**

Defendant

Case No.:

COMPLAINT

## COMPLAINT

1. This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, to compel the United States Citizenship and Immigration Services (USCIS) to immediately produce all documents in the agency's possession relating to Lulu Wu including, but not limited to, the complete contents of her Alien File (Alien number: 087973069).

## PARTIES

2. Lulu Wu, Esq. is a resident of Queens County, New York, who has her principal place of residence at 5525 98th Place, Apt 6A, Corona, NY 11368.

3. The United States Citizenship and Immigration Services is an agency of the United States, residing in the District of Columbia, and has possession of and control of numerous documents pertaining to Lulu Wu, including, but not limited to, the complete contents of her Alien File (Alien number: 087973069).

4. The USCIS is an agency within the meaning of 5 USC § 552(f).

## JURISDICTION

5. Since this is a civil action arising under the Freedom of Information Act, 5 U.S.C. § 552, a law of the United States, original jurisdiction over this matter

is vested in this Court by 28 U.S.C. § 1331.

## BRIEF STATEMENT OF PERTINENT FACTS

6. On February 25, 2017, Plaintiff, Lulu Wu filed a request under the Freedom of Information Act to the USCIS by submitting an email to <uscis.foia@uscis.dhs.gov>. A copy of that email is attached hereto as Exhibit A.

7. As of the date of the filing of this complaint USCIS has not determined whether to comply with such request nor has notified the plaintiff of such determination and the reasons therefor, and of the right of the plaintiff to appeal to the head of the agency any adverse determination

## STATEMENT OF RELEVANT LAW

8. 5 U.S.C. § 552(a)(3)(A) provides that:

   Except with respect to the records made available under paragraphs (1) and (2) of this subsection, and except as (E), each agency, upon any request for records which (i) reasonably describes such records and (ii) is made in accordance with published rules stating the time, place, fees (if any), and procedures to be followed, shall make the records promptly available to any

person.

9. 5 U.S.C. § 552(a)(6) provides in relevant part that "each agency, upon any request for records made under paragraph (1), (2), or (3) of this subsection, shall--

10. determine within 20 days (excepting Saturdays, Sundays, and legal public holidays) after the receipt of any such request whether to comply with such request and shall immediately notify the person making such request of such determination and the reasons therefor, and of the right of such person to appeal to the head of the agency any adverse determination.

11. 5 U.S.C. § 552(a)(4)(B) provides in relevant part that

On complaint, the district court of the United States in the district in which the complainant resides, or has her principal place of business, or in which the agency records are situated, or in the District of Columbia, has jurisdiction to enjoin the agency from withholding agency records and to order the production of any agency records improperly withheld from the complainant.

## CAUSE OF ACTION

12. The United States Citizenship and Immigration Services, despite receiving the aforementioned request from Lulu Wu which reasonably described such records and was made in accordance with published rules stating the time, place, fees (if any), and procedures to be followed, has failed to determine whether to make those records available to her and notify her of that determination within the applicable time limit provisions of 5 U.S.C. § 552(a)(6).

13. Accordingly, Lulu Wu has exhausted her administrative remedies with respect to such request.

14. The United States Citizenship and Immigration Services has improperly withheld from Lulu Wu the documents identified in that request.

15. Therefore, this Court should enjoin the United States Citizenship and Immigration Services from withholding from Lulu Wu all documents in the agency's possession relating to Lulu Wu including but not limited to the complete contents of her Alien File (Alien number: 087973069).

Respectfully Submitted this day of April, 2017

s/Michael E. Piston

Michael E Piston
Attorney for Plaintiff
225 Broadway, Ste 307
New York, NY 10007
Ph: 646-845-9895
Fax: 206-770-6350
michaelpiston4@gmail.com